# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAY KVAM,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LYNNE K. SIMONS, DISTRICT JUDGE,
Respondents,
  and
BRIAN MINEAU; AND LEGION
INVESTMENTS, LLC,
Real Parties in Interest.

No. 81480



FILED

AUG 1 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF PROHIBITION OR ALTERNATIVELY, MANDAMUS*

This is an original petition for a writ of prohibition or alternatively, mandamus challenging a district court order granting summary judgment, challenging the district court's alleged failure to address the discovery commissioner's recommendation and report, seeking to compel the district court to file an order to show cause, and seeking to compel the district court to grant petitioner's motion for reconsideration.

Having considered petitioner's arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted[1]. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107

---

[1] In light of our decision, petitioner's motion for leave to exceed page limit is denied as moot.

20-29374

Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioner has an adequate remedy in the form of an appeal from a final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.
Hardesty

_____Stiglich_____, J.
Stiglich

cc:  Hon. Lynne K. Simons, District Judge
     Matuska Law Offices, Ltd.
     Gunderson Law Firm
     Washoe District Court Clerk